IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| THE UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. JFM-14-0343 |
| ANTOINE TURNER | * | |

\* \* \* \* \*

## MOTION TO SUPPRESS STATEMENTS

The defendant, Antoine Turner, through counsel, James Wyda, Federal Public Defender for the District of Maryland, and Paul D. Hazlehurst, Assistant Federal Public Defender, hereby respectfully moves this Honorable Court, pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure, to suppress any and all statements, admissions and confessions allegedly given by the defendant, whether oral, written or otherwise recorded, which the government proposes to use as evidence against the defendant at trial and in support of the motion alleges as follows:

1. The defendant, Antoine Turner, is charged in a three-count indictment with Possession with the Intent to Distribute Heroin, Cocaine, Cocaine Base and Marijuana in violation of Title 21, Section 841 of the United States Code, Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 U.S.C. Section 924(c) and Possession of a Firearm by a Convicted Felon in violation of 18 U.S.C. Section 922(g).

2. Discovery materials furnished by the government reveal that the defendant made statements to law enforcement agents on or about July 3, 2014.

3. Any statements, admissions, or confessions were obtained in violation of Mr. Turner's privilege against self-incrimination and his right to counsel, as guaranteed by the Fifth and Sixth Amendments to the United States Constitution and the Supreme Court's holding in *Miranda v. Arizona*, 384 U.S. 436 (1966).

4. Mr. Turner is entitled to a hearing regarding the voluntariness of any statements, admissions, or confessions attributed to him in accordance with the provisions of Title 18 U.S.C. § 3501 and the principles set forth in the case of *United States v. Inman*, 352 F.2d 954 (4th Cir. 1965).

WHEREFORE, the defendant moves that all statements, admissions and confessions which the government proposes to use as evidence against him, whether oral, written or otherwise recorded, be suppressed.

    Respectfully submitted,

    JAMES WYDA
    Federal Public Defender
      for the District of Maryland


    _____
    PAUL D. HAZLEHURST
    Assistant Federal Public Defender
    Office of the Federal Public Defender
    Bank of America Center, Tower II
    100 S. Charles St., Ninth Floor
    Baltimore, Maryland 21201
    (410) 962-3962

## MEMORANDUM OF POINTS AND AUTHORITIES

1. *Miranda v. Arizona*, 384 U.S. 436 (1966).

2. *United States v. Inman*, 352 F.2d 954 (1965).

                                 /s/
                             Paul D. Hazlehurst
                             Assistant Federal Public Defender

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of September, 2014, a copy of the foregoing Motion to Suppress Statements was delivered via ECF/CM to James Wallner, Assistant United States Attorney, 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201.

                               /s/
                          Paul D. Hazlehurst
                          Assistant Federal Public Defender